## Oscar HALL v. STATE.
### 6 Div. 784.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

38 So.2d 200

## Handsford W. HALLMAN v. STATE.
### 6 Div. 673.

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

39 So.2d 57

## Alvin HANSON v. STATE.
### 8 Div. 698.

Court of Appeals of Alabama.
Feb. 8, 1949.

Scruggs & Grass, of Guntersville, for appellant.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

CARR, Judge.
Affirmed.

38 So.2d 200

## James HARRIS v. STATE.
### 6 Div. 667.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

38 So.2d 200

## Willie (alias Bud) HARRIS, alias Linebarger v. STATE.
### 6 Div. 644.

Court of Appeals of Alabama.
Dec. 7, 1948.

CARR, Judge.
Affirmed.

38 So.2d 200

## R. L. (alias Robert L.) HARRISON v. CITY OF BIRMINGHAM.
### 6 Div. 595.

Court of Appeals of Alabama.
June 1, 1948.

BRICKEN, Presiding Judge.
Affirmed.